JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVRIELI BRANDS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COLORBAND SHOES INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-03466<br><br>**JOINT STIPULATION, CONSENT JUDGMENT, AND PERMANENT INJUNCTION**<br><br>Complaint Filed: April 22, 2021<br>Judge: Hon. André Birotte Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CONSENT JUDGEMENT AND
PERMANENT INJUNCTION
CASE NO. 2:21-cv-03466

This Consent Judgment and Permanent Injunction ("Consent Judgment") is entered into by and between Plaintiff Gavrieli Brands, LLC ("Plaintiff") and Defendant ColorBand Shoes Inc. ("Defendant"), subject to approval by the Court.

WHEREAS, Plaintiff brought this suit against Defendant for infringement of Plaintiff's U.S. Design Patent Nos. D681,927, D885,018, D884,323, and D886,435 and United States Patents Nos. 8,745,893 and 9,398,786 (collectively, the "Asserted Patents") based on Defendant's unauthorized importation, sale, and/or offer for sale of the April Parker Flats that are the subject of the Complaint (the "Accused Flats"), and for unfair trade practices and unjust enrichment;

WHEREAS, the Parties have had ample opportunity to assess the relevant facts and applicable law during the pendency of this lawsuit;

WHEREAS, Defendant acknowledges and agrees that the Asserted Patents are valid, enforceable, and infringed by the Accused Flats;

WHEREAS, Defendant represents that its only remaining inventory of the Accused Flats consists of approximately 2,000 pairs;

Now the Parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and a permanent injunction as set forth herein, and it is therefore ORDERED, ADJUDGED, AND DECREED as follows:

1. This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code and for unfair trade practices arising under the laws of the state of California, Cal. Bus. Prof. Code § 17200 *et seq*.

2. This Court has jurisdiction over Defendant and the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and 28 U.S.C. § 1367. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).

3. Plaintiff is the owner of all right, title, and interest in and to the Asserted Patents.

4. Defendant has imported, sold, and/or offered for sale in the United States the Accused Flats that are the subject of the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

CONSENT JUDGEMENT AND
PERMANENT INJUNCTION
CASE NO. 2:21-cv-03466

5. Defendant acknowledges and agrees that all asserted claims of the Asserted Patents are valid, enforceable, and infringed by the Accused Flats.

6. Effective as of the date this Consent Judgment is entered by the Court, Defendant and its subsidiaries, affiliates, officers, directors, agents, servants, employees, successors, and assigns, and all other persons and organizations in active concert or participation with any of the foregoing, are hereby permanently enjoined and restrained from engaging in any of the following activities:

    a. making, using, selling, or offering for sale in the United States, or importing into the United States, during the remaining term of the Asserted Patents, (i) the Accused Flats, (ii) any flat that is not more than colorably different from the Accused Flats that falls within the scope of at least one claim of at least one Asserted Patent;

    b. otherwise directly infringing, contributorily infringing, or inducing infringement of any of the claims of the Asserted Patents with respect to (i) the Accused Flats, (ii) any flat that is not more than colorably different from the Accused Flats that falls within the scope of at least one claim of at least one Asserted Patent; and

    c. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

7. Defendant agrees to immediately take down and permanently remove from public view any and all images of the Accused Flats, including, but not limited to, the images of the Accused Flats on the April Parker website (www.aprilparker.com) and on Defendant's Facebook, Instagram, Pinterest, and other social media accounts.

8. Defendant shall deliver free of charge its entire remaining inventory of Accused Flats to Plaintiff's offices in the Los Angeles area within thirty (30) days of the entry of this Consent Judgment. Upon such delivery, Plaintiff shall provide

Defendant with a receipt confirming the delivery was received. Plaintiff will arrange for this inventory to be donated to a charity of Plaintiff's choosing and shall provide Defendant or Defendant's counsel with confirmation the Accused Flats were donated to a charity within thirty (30) days of the date the donation was effectuated.

9. Defendant and Plaintiff shall bear their own costs, expenses, and attorney fees.

10. This Consent Judgment constitutes a final judgment concerning the subject matter of this action.

11. Defendant and Plaintiff waive any right to appeal from this Consent Judgment.

12. Upon entry of this Consent Judgment, this action is dismissed, with prejudice; provided, however, that this Court shall retain jurisdiction to enforce the terms and provisions of this Consent Judgment.

SO ORDERED:

Dated: November 29, 2021

_____
The Honorable André Birotte Jr.
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Silicon Valley

4

CONSENT JUDGEMENT AND
PERMANENT INJUNCTION
CASE NO. 2:21-cv-03466

STIPULATED AND CONSENTED TO:

Dated:  November 19, 2021

By /s/ *Michael J. Lyons*
Michael J. Lyons (SBN 202284)
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman (SBN 250469)
ahren.hsu-hoffman@morganlewis.com
Ehsun Forghany (SBN 302984)
ehsun.forghany@morganlewis.com
Marinna C. Radloff (SBN 324156)
marinna.radloff@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:  +1.650.843.4000
Facsimile:  +1.650.843.4001

*Attorneys for Plaintiff Gavrieli Brands, LLC*

Dated:  November 19, 2021

By /s/ *Edward C. Schewe*
Edward C. Schewe (SBN 143554)
ed@cotmanlaw.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley Suite 210
Pasadena, CA 91103
Telephone:  +1.626.405.1413
Facsimile:  +1.626.316.7577

*Attorneys for Defendant Colorband Shoes Inc.*

Dated:  November  19, 2021

By *April Y. Parker*
April Parker
Chief Executive Officer
Colorband Shoes Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

CONSENT JUDGEMENT AND
PERMANENT INJUNCTION
CASE NO. 2:21-cv-03466

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

6

CONSENT JUDGEMENT AND
PERMANENT INJUNCTION
CASE NO. 2:21-cv-03466

# ATTESTATION

I am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i), I hereby attest that all signatories have concurred in this filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this attestation was signed on November 19, 2021 in Palo Alto, California.

Dated:  November 19, 2021                    MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Michael J. Lyons*
Michael J. Lyons
*Attorneys for Plaintiff Gavrieli Brands, LLC*